UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60197-CIV-DIMITROULEAS

STEVEN GRINGAUZ AND SUSAN GRINGAUZ,
individually and on behalf of their minor children,
JORDAN GRINGAUZ, SCOTT GRINGAUZ,
AND STACEY L. GRINGAUZ,

                                                       Magistrate Snow

        Plaintiffs,

vs.

THE SHERWIN-WILLIAMS COMPANY,

        Defendant.
_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court upon Defendant The Sherwin-Williams Company's Motion for Summary Judgment [DE-47], filed herein on May 7, 2010. The Court granted the Motion in an Order entered separately today. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, for good cause shown, it is hereby **ORDERED AND ADJUDGED** as follows:

1.      Defendant The Sherwin-Williams Company's Motion for Summary Judgment [DE-47] is hereby **GRANTED**;

2.      Judgment is hereby entered in favor of Defendant The Sherwin-Williams Company and against Plaintiffs Steven Gringauz and Susan Gringauz, individually and on behalf of their minor children, Jordan Gringauz, Scott

Gringauz, and Stacey L. Gringauz, on all counts of the Second Amended

Complaint;

3.      The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this

23rd day of July, 2010.


WILLIAM P. DIMITROULEAS
United States District Judge


Copies furnished to:

Counsel of record